UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BILL R. SHEEHE d/b/a ALL STAR FIRE PROTECTION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO.:  DKC-11-0365 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR CLERK'S ENTRY OF DEFAULT

**COME NOW** Plaintiffs, by and through their attorneys, O'Donoghue & O'Donoghue LLP, request the Clerk of the Court to enter an Order of Default against Defendants.

This Motion is brought pursuant to Rule 55 of the Federal Rules of Civil Procedure. The basis of this Motion is set forth in the attached Declaration in Support of and Request for Entry of Default.

Respectfully submitted,

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
(202) 362-0041 – telephone
(202) 362-2640 – facsimile
cgilligan@odonoghuelaw.com

*Charles W. Gilligan /mm/*
Charles W. Gilligan
Maryland Bar Number 05682

Attorney for Plaintiffs

211111_1.DOC