UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al., </br></br>Plaintiffs, </br></br>v. </br></br>BILL R. SHEEHE d/b/a ALL STAR FIRE PROTECTION, </br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>) C.A. NO.: DKC-11-0365</br>)</br>)</br>)</br>)</br>)</br>) |

### DECLARATION IN SUPPORT OF AND REQUEST FOR ENTRY OF DEFAULT

I hereby certify, declare and verify under penalty of perjury, and pursuant to 28 U.S.C. § 1746 this 19th day of July, 2011, in Washington, D.C. that I am an attorney of record for the Plaintiffs in the above-captioned case and that the Defendants were served with a copy of the Summons and Complaint by private process server on February 26, 2011 and that the time for said defendant to plead or otherwise defend expired on March 19, 2011. To date, no Answer, Motion to Dismiss, or Motion for Summary Judgment has been filed by the Defendants.

Therefore the clerk is requested to enter a Default against said Defendants for want of answer or defense.

*Charles W. Gilligan* /mm/
Charles W. Gilligan

211111_1.DOC