UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. NO.: DKC-11-0365 ) |
| BILL R. SHEEHE d/b/a ALL STAR FIRE PROTECTION, | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Plaintiffs that the Summons and Complaint were properly served upon the defendant Bill R. Sheehe d/b/a All Star Fire Protection on February 9, 2011; that the time for said defendant to plead or otherwise defend expired on March 19, 2011; and that said defendant has failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Civil Procedure; and

It appearing from the records and/or affidavit of Plaintiffs that the Summons and Complaint were properly served upon the defendant Bill R. Sheehe on February 9, 2011; that the time for said defendant to plead or otherwise defend expired on March 19, 2011; and that said defendant has failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Civil Procedure; and

It appearing from the records and/or affidavit of Plaintiffs that the Summons and Complaint were properly served upon the defendant All Star Fire Protection on February 9, 2011; that the time for said defendant to plead or otherwise defend expired on March 19, 2011; and that said defendant has failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Civil Procedure;

Therefore, upon the request of the Plaintiffs and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

   **ORDERED** that the default for want of answer or other defense by said Defendant is entered this _____ day of _____, 2011.

                   _____
                    Felicia Cannon, Clerk

cc:  Charles W. Gilligan, Esq.
   O'Donoghue & O'Donoghue LLP
   4748 Wisconsin Avenue, N.W.
   Washington, D.C. 20016

   Bill Sheehe
   All Star Fire Protection
   3497 South 550 East
   Princeton, IN 47670

211111_1.DOC