UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BILL R. SHEEHE d/b/a ALL STAR FIRE PROTECTION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO.: DKC-11-0365 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION

I, Charles W. Gilligan, declare and state as follows:

1. I am counsel of record in the above-captioned matter.

2. To the best of my knowledge, information and belief, the Defendant Bill R. Sheehe is not in the military service of the United States of America (or in the military service of any nation allied with the United States of America) and is not a member of the military reserves who has been ordered to report for military service.

3. I base the statement in paragraph 2 of this Declaration on the following facts:

4. The Defendant Bill R. Sheehe is an individual doing business as All Star Fire Protection which is signatory to a Collective Bargaining Agreement with Road Sprinkler Fitters Local Union 669. At all times relevant herein, Brian Fisher was the Business Agent for Road Sprinkler Fitters Local 669, District 13. Brian Fisher knows the Defendant, Bill R. Sheehe, personally and based on his personal knowledge, has advised that Bill R. Sheehe is not in the military service of the United States of America (or in the military service of any nation allied with the United States of

America) and is not a member of the military reserves who has been ordered to report for military service.

   I hereby certify, declare and verify under penalty of perjury pursuant to 28 U.S.C. § 1746 this 19th day of July, 2011, in Washington, D.C. that the foregoing is true and correct to the best of my knowledge.

                      Charles W. Gilligan

211111_1.DOC