## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. NO.:  DKC-11-0365 ) |
| BILL R. SHEEHE d/b/a ALL STAR FIRE PROTECTION, | ) ) ) |
| Defendants. | ) ) |

### JUDGMENT BY DEFAULT PURSUANT TO RULE 55
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on _____ as to Defendant Bill R. Sheehe d/b/a All Star Fire Protection for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on February 26, 2011 and that the time for said defendant to plead or otherwise defend expired on March 19, 2011; and

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on _____ as to Defendant Bill R. Sheehe for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on February 26, 2011 and that the time for said defendant to plead or otherwise defend expired on March 19, 2011; and

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on _____ as to Defendant All Star Fire Protection for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil

Procedure; and it appearing that Defendant was <u>properly</u> served on <u>February 26, 2011</u> and that the time for said defendant to plead or otherwise defend expired on <u>March 19, 2011</u>; and

Therefore, it is this _____ day of _____, 2011 by the United States District Court for the District of Maryland,

**ORDERED** and **ADJUDGED** that Judgment by Default be and the same is entered in favor of Plaintiffs <u>Trustees of the National Automatic Sprinkler Industry Pension Fund, et al.</u> against Defendants <u>Bill R. Sheehe d/b/a All Star Fire Protection</u>, <u>Bill R. Sheehe</u> and <u>All Star Fire Protection</u>, jointly and severally, as follows:

Plaintiffs are hereby awarded Judgment against the Defendants for <u>$238,180.05</u> as follows: <u>contributions in the amount of $177,039.42, plus liquidated damages in the amount of $35,407.88, costs of $350.00, attorneys' fees of $787.50 and interest in the amount of $24,595.24 assessed at the rate of 12% per annum through July 21, 2011 and continuing to accrue through the date of payment.</u>

<br>

                                        _____
                                        Judge Deborah K. Chasanow
                                        U.S. District Court Judge

cc:       Charles W. Gilligan, Esq.
           O'Donoghue & O'Donoghue LLP
           4748 Wisconsin Avenue, N.W.
           Washington, D.C.  20016

           Bill Sheehe
           All Star Fire Protection
           3497 South 550 East
           Princeton, IN  47670

211111_1.DOC